THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Leon Billups, Appellant.
 
 
 

Appeal From Clarendon County
George C. James, Circuit Court Judge

Unpublished Opinion No. 2009-UP-297
Submitted May 1, 2009  Filed June 8, 2009

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia;  and Solicitor Cecil Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Leon
 Billups appeals his guilty pleas and sentences for two counts of cocaine base
 distribution and distribution of cocaine base in proximity of a school, arguing
 the plea court failed to advise him of the constitutional rights he would be
 waiving by pleading guilty.  After
 a thorough review of the record and counsels brief, pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels motion to be
 relieved.[1]
APPEAL DISMISSED.
HEARN, C.J., THOMAS, and KONDUROS, JJ.,
 concur.
 

 

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.